UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JONATHAN FRANCISCO DA COSTA        *
GUEDES SOUSA,                      *
                                   *
      Petitioner,                  *
                                   *
                                   *
      v.                           *        Civil Action No. 1:26-cv-11435-IT
                                   *
ANTONE MONIZ, et al.,              *
                                   *
      Respondents.                 *

ORDER OF DISMISSAL

TALWANI, D.J.

On March 31, 2026, the court granted Petitioner's Petition for Writ of Habeas Corpus

[Doc. No. 1] and ordered a bond hearing. Mem. & Order [Doc. No. 9]. An immigration judge

conducted a bond hearing and denied bond, finding that Petitioner was a flight risk by a

preponderance of the evidence and that no amount of bond mitigated this risk. Resp.'s Status

Rep. [Doc. No. 12]. Petitioner notified the court that he intended to file a motion challenging the

constitutional adequacy of the bond hearing, see Pet.'s Status Rep. 1 [Doc. No. 13], but no

further motion has been filed. On June 16, 2026, Respondents filed a Notice of Intent to Remove

[Doc. No. 15] advising the court that Respondents are now in a position to remove Petitioner to

Brazil in the reasonably foreseeable future. Petitioner has filed no response.

In light of the court's April 6, 2026 Order [Doc. No. 9], Petitioner's lack of filing, and

Respondents' unopposed Notice of Intent to Remove [Doc. No. 15], the Order [Doc. No. 3]

staying transfer or removal is vacated and this action is CLOSED.

IT IS SO ORDERED.

July 22, 2026                                /s/ Indira Talwani____
                                            United States District Judge